# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WESTERN LOUISIANA
## LAKE CHARLES DIVISION

STATE OF LOUISIANA, *et al.*,

    Plaintiffs,

    v.

DEB HAALAND, *et al.*,

    Defendants.

Hon. Judge James D. Cain, Jr.

Hon. Magistrate Judge Kathleen Kay

Case No. 2:23-cv-1157

**ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO
CONSOLIDATE**

This matter is before the Court on Defendants' Unopposed Motion to Consolidate *Shell Offshore Inc. v. Department of Interior*, et al., No. 2:23-cv-1167 (filed August 28, 2023) with this first-filed case, *State of Louisiana*, et al. *v. Deb Haaland*, et al., No. 2:23-cv-1157 (filed August 24, 2023).  Having considered the Motion and Memorandum of Points and Authorities, and all other matters properly presented to the Court,

THE COURT HEREBY FINDS that good cause exists to grant the Motion, and therefore the Motion is GRANTED.  It is therefore ORDERED that case numbers 2:23-cv-1167 and 2:23-cv-1157 are consolidated for purposes of case management and briefing.  All future filings shall be made in the lead case, *State of Louisiana*, et al. *v. Deb Haaland*, et al., No. 2:23-cv-1157.

Each party will be permitted to file separate briefs and will be permitted separate time for argument at any hearings.  A separate judgment will be entered in each case.

IT IS SO ORDERED

DATE: __September 12,_____, 2023.

HONORABLE JAMES D. CAIN

UNITED STATES DISRICT JUDGE